**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| APPLIED SYSTEMS, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff/Counter-Defendant, | ) ) | Case No. 25-cv-02498 |
| v. | ) ) | |
| TURBEVILLE INSURANCE AGENCY, INC., a South Carolina corporation, | ) ) ) | |
| Defendant/Counter-Plaintiff. | ) | |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED between the parties, by and through their respective counsel, that the above-captioned action is voluntarily dismissed in its entirety with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs.

Dated: January 16, 2026

| **APPLIED SYSTEMS, INC.** | **TURBEVILLE INSURANCE AGENCY, INC.** |
|---|---|
| */s/ William F. Dolan* | */s/ George P. Apostolides* |
| William F. Dolan [ARDC 6182751] | George P. Apostolides (Bar ID: 6228768) |
| **FisherBroyles, LLP** | Bethany Beaver (Bar ID: 6335548) |
| 203 N. LaSalle Street | **Saul Ewing LLP** |
| Suite 2100 | 161 N. Clark Street, Suite 4200 |
| Chicago, IL 60601 | Chicago, Illinois 60601 |
| Tel. (312) 399-4362: | 312.876.7100 |
| William.Dolan@fisherbroyles.com | george.apostolides@saul.com |
| Attorneys for Plaintiff/Counter-Defendant | bethany.beaver@saul.com |
| | Attorneys for Defendant/Counter-Plaintiff |

**<u>CERTIFICATE OF SERVICE</u>**

I, William F. Dolan, an attorney, certify that I caused to be served a copy of the foregoing STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) to be served on all counsel of record via the Court's ECF service on JANUARY 18, 2026.

*/s/ William F. Dolan*
William F. Dolan
